UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUSSAIN MONJUR ALI, AXXX-XXX-776, a/k/a MD MONJUR AHMED, AXXX-XXX-692, a/k/a MOHAMMAD MUFOSSUR AHMED AXXX-XXX-882,

Defendant.

Case No. 26-cv-12005

Honorable Robert J. White

**CONSENT JUDGMENT**

The Court having considered the Complaint filed by the United States of America against Defendant Hussain Monjur Ali a/k/a Md Monjur Ahmed, a/k/a Mohammad Mufossur Ahmed, and having subject-matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1345 for a cause of action under 8 U.S.C. § 1451(a); Defendant having been advised by counsel; the parties having filed a Joint Motion for Consent Judgment ("Joint Motion"), ECF No. 2; and Defendant having admitted that he illegally procured his naturalization as described in Counts I, II, III, and IV of the Complaint, ECF No. 1, and in the Joint Motion; it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1) The Joint Motion is GRANTED;

(2) In accordance with the Joint Motion, judgment is ENTERED in favor of the United States and against Defendant on Counts I, II, III, and IV;

(3) The Court FINDS and DECLARES that Defendant illegally procured his January 23, 2007, naturalization;

(4) The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, January 23, 2007;

(5) Certificate of Naturalization No. 30106313, is CANCELED, effective as of the original date of the certificate, January 23, 2007;

(6) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document that evidences U.S. citizenship obtained as a result of his January 23, 2007, naturalization;

(7) Defendant shall, within 21 days of this Order, surrender and deliver his Certificate of Naturalization No. 30106313, any and all (valid or expired) U.S. passports, passport cards, and enhanced driver's licenses, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control

of others), to the United States Attorney General via counsel for the United States, Assistant United States Attorney Bradley H. Darling;

SO ORDERED.

Dated: July 30, 2026

s/Robert J. White
Robert J. White
United States District Judge